UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO J. VIZCARRA,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>RAYMOND MADDEN, Warden,<br><br>　　　　　　　Respondent. | Case No. SACV 18-922-RGK (KK)<br><br>ORDER ACCEPTING AMENDED FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Amended Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the amended findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

Dated: December 19, 2018

　　　　　　　　　　　　　　　　　　　　　
HONORABLE R. GARY KLAUSNER
United States District Judge