JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO J. VIZCARRA,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>RAYMOND MADDEN, Warden,<br><br>　　　　　　　Respondent. | Case No. SACV 18-922-RGK (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Amended Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: December 19, 2018

HONORABLE R. GARY KLAUSNER
United States District Judge